## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Amy J. Engebretson, M.D., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 22-cv-2602 WMW/ECW |
| Unum Life Insurance Company of America, | |
| Defendant(s). | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

Date: 1/10/2024                                                                                   KATE M. FOGARTY, CLERK